UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MOTION FOR ADMISSION PRO HAC VICE

Case Number:     113-CV-3341 (DWF/JJK)

Case Title:    Karl Ebert and Carol Krauze v. General Mills, Inc.

**Affidavit of Movant**

I, Mark Thieroff, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Shawn M. Collins, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of Illinois (please identify the specific district to which the attorney is admitted) who will be counsel for the plaintiff, but not admitted to the bar of this court, in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

☒I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

☐I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature:      s/Mark Thieroff            Date:         December 5, 2013

MN Attorney License #:      322404

**Affidavit of Proposed Admittee**

I, Shawn M. Collins, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois (please identify the specific district to which you are admitted), but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I

consent to service required by Fed. R. Civ. P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

Signature:     s/Shawn M. Collins          Date:     December 5, 2013

Typed Name:     Shawn M. Collins

Attorney License Number:  6195107     issued by the State of     Illinois

Law Firm Name: The Collins Law Firm, P.C.

Law Firm Address:   1770 Park Street, Suite 200
                    Naperville, IL  60563

Main phone:  (630) 527-1595

Direct line:  (630) 527-1595, Ext. 221

E-mail address: shawn@collinslaw.com

Note: This motion shall be converted to PDF and e-filed in CM/ECF - do not e-file instruction page.  A check in the amount of the Pro Hac Vice admission fee of $100 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before the proposed admittee will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

For questions, please contact the Attorney Admissions Clerk at (651) 848-1122.